UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEURO SCIENCE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>BRAINWAVE SCIENCE, INC.,<br><br>Intervenor,<br><br>v.<br><br>LAWRENCE A. FARWELL,<br><br>Defendant. | C20-1554 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has received status reports from Intervenor Brainwave Science, Inc., docket no. 20, and Defendant Dr. Lawrence A. Farwell, docket no. 22. Having reviewed the status reports and the docket in this matter, the Court observes that this case was commenced by Arbitrator Randy M. Boyer, as opposed to either of the parties to the arbitration, as permitted by 9 U.S.C.A. § 9. The parties are DIRECTED to SHOW CAUSE, within 21 days of the date of this Minute Order, why this case should not be dismissed without prejudice for lack of subject matter jurisdiction.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of January, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1