# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NEURO SCIENCE TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>BRAINWAVE SCIENCE, INC.,<br><br>Intervenor,<br><br>v.<br><br>LAWRENCE A. FARWELL,<br><br>Defendant. | C20-1554 TSZ<br><br>ORDER |

Having reviewed the response to the Court's Minute Order dated January 20, 2021, docket no. 23, including the Fifth Declaration of Defendant Farwell, docket no. 25, the Communication from Plaintiff Neuro Science Technologies LLC, docket no. 26, and the Declaration on Behalf of Intervenor Brainwave Science, Inc., docket no. 27, the Court hereby DISMISSES this case for lack of subject matter jurisdiction.  The Clerk is directed to send a copy of this Order to all counsel of record and to close the case.  IT IS SO ORDERED.

Dated this 17th day of February, 2021.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER - 1